UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61437-CIV-COHN/Seltzer

HARRY JOHN SCANLAN

    Plaintiff,

vs.

REDLINE RECOVERY SERVICES, LLC,

    Defendant.
_____/

### ORDER DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 9] ("Stipulation"). The Court has carefully reviewed the Stipulation, the docket in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs, except as otherwise agreed by the parties. The Clerk shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 19th day of December, 2011.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.